MERRITT, Circuit Judge,
concurring.
Based on the case presented to our court here, I can find no arguable basis on which the writ could issue. The evidence that Cowans intentionally murdered the defenseless old lady remains “beyond a reasonable doubt” and admissible and so is the evidence that he knowingly decided to forbid his lawyers from offering any mitigating evidence. Cowans’ behavior indicates that at the sentencing hearing he was willing to commit suicide by offering no serious defense, plea for mercy, or argument that his life should be spared. Both the trial judge and his lawyers explained at length that his refusal to offer any mitigating proof probably would lead to the death penalty. Other than this conduct, counsel has developed no evidence that Cowans is retarded or unable to understand the charges against him. He was clearly able to understand the probability that the failure to offer any reason for mercy would lead to his death, but that is what he chose to do. There is no federal constitutional prohibition of his execution under these circumstances. Therefore, I concur in the court’s opinion.